**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: Frederick D. Shawyer<br>      Gail M. Shawyer | Case No.: 08–30255 |
| Debtor(s) | |
| | Chapter No.: 13 |

## ORDER REVOKING ORDER OF DISCHARGE

Notice is hereby given that the above named debtor was inadvertently granted a **DISCHARGE** on 10/23/13. It is hereby **ORDERED** that the order of discharge dated 10/23/13 is therefore **REVOKED**.

Dated:   11/4/13

BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge